**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **F & V OIL COMPANY, INC., et al.** ) | |
| **on behalf of itself and all others** ) | |
| **similarly situated,** ) | |
| ) | |
| **Plaintiff,** ) | **Case No 0:08-CV-11152** |
| ) | |
| **vs.** ) | **Judge Paul D. Borman** |
| ) | |
| **REDDY ICE HOLDINGS, INC., et. al.,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

The Court hereby approves the Stipulation Re: Extension of Time to Respond to Complaint [Docket No. 12 ].

Defendants' time to answer, move, or otherwise plead in response to the complaint in this action is extended in accordance with the terms as outlined in the Stipulation Re: Extension of Time to Respond to Complaint.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: April 16, 2008

CERTIFICATE OF SERVICE

      Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 16, 2008.

                                        s/Denise Goodine
                                        Case Manager